**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6487**

_____

TYRONE L. JOHNSON,

Plaintiff - Appellant,

versus

UNNAMED PHYSICIAN'S ASSISTANTS; CORRECTIONAL
MEDICAL SERVICES, INCORPORATED; BARRY STANTON,
Director, Department of Corrections for Prince
George's County, Maryland,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (CA-
00-431-DKC)

_____

Submitted:  May 29, 2003                 Decided:  June 5, 2003

_____

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opininion.

_____

Tyrone L. Johnson, Appellant Pro Se.  Philip Melton Andrews, George
Eugene Brown, KRAMON & GRAHAM, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tyrone L. Johnson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Johnson v. Unnamed Physicians</u>, No. CA-00-431-DKC (D. Md. Feb. 11, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>